P.O. BOX 12667
CAPITOL STATION
AUSTIN, TEXAS 78711-2667

JOE@JOELONGLEY.COM

LAW OFFICES
OF

# JOE K. LONGLEY

1609 SHOAL CREEK BOULEVARD
SUITE 100
AUSTIN, TEXAS 78701-1022

ACCEPTED
03-15-00436-CV
6149123
THIRD COURT OF APPEALS
512/477-4AUSTIN, TEXAS
800/73/21/2015 9:23:47 AM
512/477-JEFFREY D. KYLE
CLERK
WWW.JOELONGLEY.COM

July 21, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/21/2015 9:23:47 AM
*via email*
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle
Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX 78711

RE:     Court of Appeals No. 03-15-00436-CV; *Charles O. "Chuck" Grigson v. State of Texas and Farmers Group, Inc., et al.* Appellees' Joint Motion to Dismiss Appeal for Lack of Appellate Jurisdiction and Request for Expedited Consideration; and Appellees' Joint Response to Appellate Grigson's Emergency Motion to Stay the Sending of Class Notice.

Dear Mr. Kyle:

Counsel for Appellant Chuck Grigson received the Appellees' joint filings referenced above on Monday, July 20, 2015. Please make the Court aware of Appellant's desire to respond to both filings.

Thank you for your courtesy in this matter.

With kindest regards,

Sincerely,

Joe K. Longley

JKL/mep

*cc via email:*
        Sara Waitt
        Joshua Godbey
        M. Scott Incerto
        Marcy Greer
        Joe Blanks
        Michael Woods